UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA E. ALBORNOZ,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-01229-JLT-CDB<br><br>ORDER GRANTING JOINT REQUEST TO SEAL<br><br>(Doc. 69) |

Pending before the Court is the parties' joint notice and request to seal documents, filed (Doc. 69) and emailed to the undersigned's chambers on November 1, 2023, described as documents "inadvertently filed" in connection with the parties' recent application to the Court for resolution of a discovery and scheduling dispute.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the parties' Notice and Request, including the supporting declaration of Robert C. Rodriguez, counsel for Defendants, sealing the inadvertently filed exhibit (Doc. 65-1) serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the parties would be harmed. Due to the extensive presentation of Plaintiff's medical information throughout the exhibit, the Court further finds that there are no additional alternatives to sealing the document that would adequately protect the compelling interests

1  identified by the parties.

2       Accordingly, pursuant to Local Rule 141(b) and based upon the representations
3  contained in the parties' Notice and Request to Seal, IT IS HEREBY ORDERED that the exhibit
4  to the parties' Joint Status Report (Doc. 65-1), shall be SEALED until further order of this Court.
5  By separate order, the Court will transmit to the Clerk of Court the parties' support Request and
6  declaration of counsel.

7  IT IS SO ORDERED.

8     Dated:   **November 1, 2023**                                    _____
9                                                     UNITED STATES MAGISTRATE JUDGE