CARNEY R. SHEGERIAN, SBN 150461
cshegerian@shegerianlaw.com
MARK LIM, SBN 311824
mlim@shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
Telephone:    310-860-0770
Facsimile:    310-860-0771

ALISA GOUKASIAN, SBN 236958
alisa@goukasianlaw.com
LAW OFFICE OF ALISA GOUKASIAN, APC
500 E. Olive Avenue, Suite 310
Burbank, CA 91501
Telephone:    818-242-4601
Facsimile:    818-588-3922

Attorneys for Plaintiff JESSICA E. ALBORNOZ

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
ROBERT C. RODRIGUEZ, SBN 305101
robert.rodriguez@ogletree.com
BRITTANY M. JOHNSON, SBN 318274
brittany.johnson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendants WAL-MART
ASSOCIATES, INC. and WALMART INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA E. ALBORNOZ, an individual | Case No. 1:22-cv-01229-KJM-CDB |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE THE FINAL PRETRIAL CONFERENCE DATE** |
| v. | |
| WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive, | Complaint Filed:    August 2, 2022<br>FAC Filed:    August 23, 2022<br>Removal Filed:    September 27, 2022 |
| Defendants. | |

COME NOW Plaintiff JESSICA ALBORNOZ ("Plaintiff") and Defendants WAL-MART ASSOCIATES, INC. and WALMART INC. ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, and hereby agree and stipulate as follows:

1.     WHEREAS, this case was filed in Kern County Superior Court on August 2, 2022, and removed by Defendants to federal court on September 27, 2022.  (ECF No. 1.)

2.     WHEREAS, the Court issued its initial Scheduling Order on December 1, 2022. (ECF No. 25.)

3.     WHEREAS, new counsel for Defendants substituted into the case on April 26, 2023. (ECF No. 37.)

4.     WHEREAS, over the next six months, the Parties encountered various discovery disputes which were heard by the Court. (ECF Nos. 46, 52, 60, 67.)

5.     WHEREAS, on November 1, 2023, the Court granted the Parties' request for a modification of the Scheduling Order and certain case management dates, ordering that dispositive motions to be filed by February 13, 2024.  (ECF No. 68.)

6.     WHEREAS, on February 13, 2024, Defendants filed a Motion for Summary Judgment (ECF 72), as a result of which the previously-set final pretrial conference date of May 20, 2024 and jury trial date of July 23, 2024 were vacated by the Court. (ECF No. 81.)

7.     WHEREAS, on May 8, 2025, the Court granted in part and denied in part Defendants' Motion for Summary Judgment and set the Final Pretrial Conference for June 26, 2025, with a joint Pretrial Statement and any motions *in limine* due no less than three (3) weeks prior. (ECF No. 85.)

8.     WHEREAS, the Parties recently scheduled mediation with a private mediator (Kim Deck) on September 3, 2025 (Declaration of James T. Conley, ¶ __);

9.     WHEREAS, due to the above events and in an effort to conserve costs and judicial resources, the Parties believe it would be best to continue the Final Pretrial Conference until after the September 3, 2025 mediation.

10.    WHEREAS, the Parties are making this request as soon as reasonably possible.

11.    WHEREAS, the Parties agree that neither party will suffer prejudice if the Court continues the Final Pretrial Conference to a date after September 3, 2025.

1

## **STIPULATION**

2      THEREFORE, for the reasons set forth above, as well as the Declaration of James T. Conley

3  attached hereto and incorporated herein by reference, good cause exists for the continuation of the

4  Final Pretrial Conference to a date convenient with the Court in October, 2025.

5      **IT IS SO STIPULATED.**

6

7  DATED:  May 27, 2025                SHEGERIAN & ASSOCIATES, INC.

8

9                                     By:  _/s/ Mark Lim (As Auth. 5.27.2025)_____
                                           Carney R. Shegerian
10                                         Mark Lim
                                       Attorneys for Plaintiff JESSICA E. ALBORNOZ
11

12  DATED:  May 28, 2025                LAW OFFICE OF ALISA GOUKASIAN, APC

13

14                                     By:  _/s/ Alisa Goukasian (As Auth. 5.28.2025)___
                                           Alisa Goukasian
15                                     Attorneys for Plaintiff JESSICA E. ALBORNOZ

16

17  DATED:  May 28, 2025                OGLETREE, DEAKINS, NASH, SMOAK &
                                       STEWART, P.C.
18

19                                     By:  _/s/ James T. Conley_____
                                           James T. Conley
20                                         Robert Rodriguez
                                           Brittany Johnson
21                                     ATTORNEYS FOR DEFENDANTS WAL-
                                       MART ASSOCIATES, INC. AND WALMART
22                                     INC.

23

24

25

26

27

28

1

**SIGNATURE ATTESTATION**

2      I attest that I have obtained concurrence in the filing of this document from the other

3  signatories in compliance with Local Rule 131(e).

4

5  Date: May 28, 2025                          By:   /s/ *James T. Conley*

6                                                    James T. Conley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2          The Court having read and considered the Parties' Joint Stipulation to Continue the Final

3    Pretrial Conference date, and good cause appearing:

4          IT IS HEREBY ORDERED that the Final Pretrial Conference be continued to October 23,

5    2025.

6          **IT IS SO ORDERED.**

7    Dated:  May 29, 2025.

8    _____

9                    SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28