UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA E. ALBORNOZ, an individual<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 1:22-cv-01229-KJM-CDB<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE**<br><br>Final Pretrial Conference: October 17, 2025<br>Time: 10:00 a.m.<br><br>Trial Date: TBD<br>Time: TBD |

Having read and considered Plaintiff Jessica E. Albornoz and Defendants Wal-Mart Associates, Inc., and Walmart, Inc.'s ("Defendants") (collectively the "Parties") Joint Stipulation to Continue Final Pretrial Conference, the facts upon which the request is based, and good cause appearing, it is hereby ORDERED:

1. The Joint Stipulation is approved.

2. The Final Pretrial Conference, currently scheduled for October 17, 2025, shall be continued to November 6, 2025.

**IT IS SO ORDERED.**

DATED:  October 15, 2025.

_____
UNITED STATES DISTRICT JUDGE