1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA E. ALBORNOZ, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 1:22-cv-01229-KJM-CDB<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND FILING DEADLINE**<br><br>Trial Date: TBD<br>Time: TBD |

Having read and considered Plaintiff Jessica E. Albornoz and Defendants Wal-Mart Associates, Inc., and Walmart, Inc.'s ("Defendants") (collectively the "Parties") Joint Stipulation to Extend Filing Deadline, the facts upon which the request is based, and good cause appearing, it is hereby ORDERED:

1. The Joint Stipulation is granted.

2. The deadline to file the supplemental joint pretrial conference statement currently set for November 20, 2025 is extended to December 10, 2025.

**IT IS SO ORDERED.**

DATED: December 2, 2025.

UNITED STATES DISTRICT JUDGE